Exhibit "B"

**STATE OF ILLINOIS**    )
                         )
**COUNTY OF COOK**       )

## AFFIDAVIT OF KRISTINE L. GILLETTE

COMES NOW, KRISTINE L. GILLETTE, who, first duly deposed and sworn, states as follows:

1. I am over the age of nineteen years.

2. The contents of this Affidavit are based upon my personal knowledge.

3. I am employed as a Property Claims Manager on behalf of The Burlington Insurance Group. In the course of my duties as a Property Claims Manager, I am aware of the place of organization, the place of reorganization and the principal place of business of The Burlington Insurance Company.

4. The Burlington Insurance Company was originally organized under the laws of the state of North Carolina and reorganized and currently exists under the laws of the state of Illinois.

5. The Burlington Insurance Company's principal place of business is located at 185 Asylum Street, City Place II, 7th Floor, Hartford, Connecticut 06103.

_____
KRISTINE L. GILLETTE

**STATE OF ILLINOIS**    )
                         )
**COUNTY OF COOK**       )

I, Thomas E. Schutz a Notary Public in and for said County, in said State, hereby certify that KRISTINE L. GILLETTE whose name is signed to the foregoing, and who is personally known to me, or who has produced sufficient identification, acknowledged before me on this date, that, being informed of the foregoing, she voluntarily executed same on even date.

Given under my hand and official seal this ___9th___ day of July, 2024.

OFFICIAL SEAL
THOMAS E. SCHUTZ
Notary Public, STATE OF ILLINOIS
COMMISSION NO. 987298
My Commission Expires February 20, 2028

Thomas E. Schutz