Exhibit "C"

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| IRBY CAPITAL, LLC, | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *     **Case No.: CV-2024-901582** |
| | * |
| THE BURLINGTON INSURANCE | * |
| COMPANY, | * |
| | * |
| **Defendant.** | * |

## NOTICE OF REMOVAL

TO: Mobile County Circuit Court Clerk

**PLEASE TAKE NOTICE** that The Burlington Insurance Company, the Defendant in the above-entitled action, has this day removed this action to the United States District Court for the Southern District of Alabama, a copy of which removal is attached hereto as Exhibit "A", in the office of the Clerk, in the United States District Court for the Southern District of Alabama, at Mobile, Alabama.

Done this the 29th day of July, 2024.

Respectfully Submitted:

/s/ Mark A. Dowdy
D. GREG DUNAGAN    (DUN021)
MARK A. DOWDY  (DOW029)
Attorneys for Defendant

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928
gdunagan@carrallison.com
mdowdy@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2024, I electronically filed the foregoing pleading with the clerk's office using the Alafile system which will send notification of such filing to the following counsel of record:

Thomas H. Benton, Jr.
Benton Law Firm, LLC
169 Dauphin Street, Suite 301
Mobile, AL 36602
tom@benton-law.com

/s/ Mark A. Dowdy
MARK A. DOWDY