**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRCT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IRBY CAPITAL, LLC,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| v. | * | 1:24-cv-00259 |
| | * | |
| **THE BURLINGTON INSURANCE COMPANY,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF FILING

COMES NOW, Plaintiff Irby Capital, LLC, Plaintiff in the above-styled cause, and hereby gives Notice of Filing the following:

1. Plaintiff Irby Capital, LLC's First Set of Interrogatories to The Burlington Insurance Company;

2. Plaintiff Irby Capital LLC's First Set of Requests for Production to The Burlington Insurance Company.

Respectfully submitted,

*/s/ Thomas H. Benton, Jr.*
THOMAS H. BENTON (BEN028)
*Attorney for Irby Capital, LLC*

OF COUNSEL:

Benton Law, LLC
169 Dauphin Street, Suite 300
Mobile, AL 36602
(251) 604-1123 Telephone
(251) 432-4074 Facsimile
tom@benton-law.com

## **CERTIFICATE OF SERVICE**

      I do certify that on the 21st day of November 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                    */s/ Thomas H. Benton, Jr.*